Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY MOONEY, Respondent, for Compensation under the Workmen's Compensation Law, v. DELMONICO's, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Application of CHARLES S. DEVOY for a Writ of Mandamus against CHARLES L. CRAIG, as Comptroller of the City of New York, and JAMES A. MCQUADE.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of NORMAN SMITH, Appellant, for Compensation to Himself under the Workmen's Compensation Law, v. THOMAS KEERY Co., INC., Employer, and THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Insurance Carrier, Respondents.— Motion granted by default.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ISRAEL FELDMAN, Employee, Respondent, for Compensation under the Workmen's Compensation Law, v. ELMONT CEMETERY, INC., Employer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by RICHARD J. ZIMMER, Respondent, v. CHARLES L. SEABURY & COMPANY, Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Motion denied.